United States District Court
Eastern District of California

Richard Medina et. al.,
Plaintiff(s)

V.

L. CUSTEN REALTY, INC.,
Defendant(s)

Case Number: 2:26-cv-03103 DAD CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tyler K. Somes hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

RICHARD MEDINA, ET. AL, (Plaintiffs)

On 05/15/2023 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/11/2026

Signature of Applicant: /s/ Tyler K. Somes

**Pro Hac Vice Attorney**

Applicant's Name: Tyler K. Somes

Law Firm Name: Hedin LLP

Address: 1100 15th Street NW,

Suite 4-105K

City: Washington State: DC Zip: 20005

Phone Number w/Area Code: (202) 900-3332

City and State of Residence: Washington DC

Primary E-mail Address: tsomes@hedinllp.com

Secondary E-mail Address: earribas@hedinllp.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Frank Hedin

Law Firm Name: Hedin LLP

Address: 1395 Brickell Avenue

Suite 610

City: Miami State: FL Zip: 33131

Phone Number w/Area Code: (305) 357-2107 Bar # 291289

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 11, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT