Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Email: fhedin@hedinllp.com

*Attorney for Plaintiffs Richard Medina, Jamie Edson, and the Putative Class*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RICHARD MEDINA and JAMIE EDSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

L. CUSTEN REALTY, INC.,

Defendant.

Civil Action No. 2:26-cv-03103-DAD-CKD

**PLAINTIFFS' CERTIFICATE OF SERVICE OF ORDER SETTING STATUS CONFERENCE**

**PLAINTIFFS' CERTIFICATE OF SERVICE OF**
**ORDER SETTING STATUS CONFERENCE**

Please take notice that Plaintiffs served the Order Setting Status (Pretrial Scheduling) Conference upon Defendant on September 11, 2026.

Dated: September 16, 2026

Respectfully submitted,

By: /s/ *Frank S. Hedin*

**HEDIN LLP**
FRANK S. HEDIN (SBN 291289)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
District of Columbia Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*